

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00211-CV
_____

JAMES A. DAIGLE, APPELLANT

V.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, APPELLEE

On Appeal from the 146th District Court
Bell County, Texas
Trial Court No. 266,916, Honorable Jack Weldon Jones, Presiding

July 10, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, James A. Daigle, filed a notice of appeal without paying the filing fee. *See* TEX. R. APP. P. 5, 20.1. By letter of June 12, 2019, the clerk of this court notified Daigle that the filing fee had not been paid and that the appeal was subject to dismissal if he failed to pay the fee or comply with Rule of Appellate Procedure 20.1 by June 24. To date, Daigle has not paid the filing fee or filed any response to our June 12 letter. The Rules of Appellate Procedure require a party who is not excused by law from paying costs to pay the required fees. *See* TEX. R. APP. P. 5. Accordingly, we dismiss the appeal

because of Daigle's failure to comply with a requirement of the appellate rules and a notice from the clerk requiring action within a specified time. *See* TEX. R. APP. P. 42.3(c).

Per Curiam